**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

| | |
|---|---|
| The State, | Respondent, |
| v. | |
| Bert Wayne Foster, | Appellant. |

————

Appeal From Spartanburg County
Roger L. Couch, Special Circuit Court Judge

————

Unpublished Opinion No. 2012-UP-485
Submitted May 1, 2012 – Filed August 8, 2012

————

**AFFIRMED**

————

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Mark R. Farthing, all

of Columbia; and Solicitor Barry J. Barnette, of Spartanburg, for Respondent.

**PER CURIAM:**  Bert Wayne Foster appeals the sentences he received for two armed robbery convictions, arguing the trial court erred in imposing consecutive sentences.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court].  Issues not raised and ruled upon in the trial court will not be considered on appeal."); State v. Passmore, 363 S.C. 568, 585, 611 S.E.2d 273, 282 (Ct. App. 2005) ("[A] challenge to sentencing must be raised at trial, or the issue will not be preserved for appellate review." (quoting State v. Johnston, 333 S.C. 459, 462, 510 S.E.2d 423, 425 (1999)) (internal quotation marks omitted)).

**AFFIRMED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.